No. 03–45. SKINNER *v.* DORMIRE, SUPERINTENDENT, MISSOURI STATE PENITENTIARY. C. A. 8th Cir. Certiorari denied.

No. 03–47. GILLIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP, ET AL. *v.* HOLLAWELL; and PENNSYLVANIA BOARD OF PROBATION AND PAROLE *v.* MICKENS-THOMAS. C. A. 3d Cir. Certiorari denied. Reported below: 65 Fed. Appx. 809 (first judgment); 321 F. 3d 374 (second judgment).

No. 03–49. ROSS *v.* TEXAS. Ct. App. Tex, 9th Dist. Certiorari denied.

No. 03–50. RUBIN *v.* CITY OF SANTA MONICA, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–53. WASHBURN ET AL. *v.* SOPER LAW FIRM. C. A. 8th Cir. Certiorari denied.

No. 03–55. FARFALLA *v.* MUTUAL OF OMAHA INSURANCE CO. C. A. 8th Cir. Certiorari denied.

No. 03–56. FELDMAN *v.* ALLSTATE INSURANCE CO. C. A. 9th Cir. Certiorari denied.

No. 03–57. GILCHRIST *v.* KARMAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–58. PEIA *v.* UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF CONNECTICUT ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–60. LEBRETON *v.* PENDLETON MEMORIAL HOSPITAL ET AL. Ct. App. La., 4th Cir. Certiorari denied.

No. 03–61. TORTORELLI *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 03–62. FALOTTI *v.* ORACLE CORP. C. A. 9th Cir. Certiorari denied.

No. 03–63. EISENSTEIN *v.* ZAMPINO ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–65. UNITED STATES EX REL. COSTNER ET AL. *v.* URS CONSULTANTS, INC., ET AL. C. A. 8th Cir. Certiorari denied.